UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HURST, et al.,<br><br>        Defendants.<br><br>FREEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>BURBANK, et al.,<br><br>        Defendants. | Case No. 2:22-cv-01433-RFB-VCF<br>Case No. 2:22-cv-01903-JCM-BNW<br><br>**CONSOLIDATION ORDER** |

### I.   ORDER CONSOLIDATING CASES

On September 2, 2022, Plaintiff Scott Freeman, M.D., trustee for the Scott Mitchell Freeman Revocable Living Trust, dated March 10, 2012, for itself and as assignee of Ferdinand Belga, had his state court action removed to this Court. The Complaint alleges, among other things, Civil RICO and breach of contract claims against Defendants Stephen Hurst, et al. On that same day, Plaintiff's other state court action was removed to the United States District Court for the Northern District of California, and then later transferred to the Honorable James C. Mahan. That action alleges similar facts and claims against the same Defendants as in the action before this Court.

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1(b), district courts have the authority to consolidate cases involving common questions of law or fact. On November 22, 2022, the parties filed in both actions a Joint Motion to Consolidate Cases pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1(b). See 2:22-cv-01433-RFB-VCF, ECF No. 52; 2:22-cv-01903-JCM-BNW, ECF No. 64. The undersigned district judges presiding over these cases have reviewed the record of both cases and find that the subject matter of and parties to the cases substantially overlap. The undersigned district judges further find that judicial economy will be served by transferring both cases to a single District Court Judge and Magistrate Judge.

## II.   CONCLUSION

**IT IS ORDERED** that the above-referenced cases shall be consolidated.

**IT IS FURTHER ORDERED** that Plaintiff Scott Freeman's Joint Motions to Consolidate are GRANTED. Cases 2:22-cv-01903-JCM-BNW and 2:22-cv-01433-RFB-VCF are consolidated, with Case 2:22-cv-01433-RFB-VCF serving as the lead case. All further filings in these cases shall be filed in the lead case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall STRIKE the Order at 2:22-cv-01433-RFB-VCF, ECF No. 56.

**DATED:** December 14, 2022

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**